UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00092 |
| | ) | JUDGE CAMPBELL |
| ANDREW M. LANZ | ) | |

## ORDER

In light of the Fourth Revised Presentence Report dated November 16, 2015, the parties shall file by noon on November 9, 2015, any objections and revised sentencing memoranda.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE